1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM GRAND HOTEL, LLC, et al., | 2:08-CV-753 JCM (LRL) |
| Plaintiffs, | |
| v. | |
| JARRETT I. CURD, | |
| Defendant. | |

**ORDER**

Presently before the court is plaintiff's motion for voluntary dismissal. (Doc. #34). Pursuant to Federal Rule of Civil Procedure 41(a)(2), plaintiff requests that the present action be voluntarily dismissed without prejudice as to all defendants.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs' motion for voluntary dismissal (doc. # 34), be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the case is dismissed without prejudice with each party to bear their own attorneys' fees and costs.

DATED December 13, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

James C. Mahan
U.S. District Judge